STATE of Missouri, Respondent,

v.

**Marco SUMMERS, Appellant.**

**No. WD 48690.**

Missouri Court of Appeals, Western District.

April 18, 1995.

Laura E. O'Sullivan, Asst. Public Defender, St. Joseph, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Sp. Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and ELLIS and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

Appeal from jury conviction for two counts of sale of a controlled substance, § 195.211, RSMo Supp.1992, and sentence of two consecutive ten-year terms of imprisonment.

Affirmed. Rule 30.25(b).